UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

ERIC TERRELL,

    Defendant.

_____/

Case No.: 1:25-MJ-129

MOTION TO SEAL

    Now comes the United States of America by Andrew Byerly Birge, Acting United States Attorney for the Western District of Michigan, and Jonathan Roth, Assistant United States Attorney, and moves this court to seal the Complaint in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendant is advised of these proceedings, arrested, the investigation is completed, or further order of this court. The government asks that the U.S. Probation Department be excepted from the seal.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Dated: March 5, 2025

_____
JONATHAN ROTH
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: 3/5/2025

RAY KENT
United States Magistrate Judge
United States District Court