## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Eric Terrell | | | Mag. Judge: Ray Kent | |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:25-mj-00129-RSK | March 11, 2025 | 1:38 - 2:00 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Jonathan Roth | Defendant: Jasna Tosic for Helen Nieuwenhuis | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read __<br>Reading Waived __ |

**TYPE OF HEARING**
- __ First Appearance
- __ Arraignment:
  - __ mute    __ nolo contendre
  - __ not guilty    __ guilty
- __ Initial Pretrial Conference
- ✓ Detention    (waived __)
- ✓ Preliminary    (waived ✓)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

**DOCUMENTS**
- __ Defendant's Rights
- ✓ Waiver of Preliminary Hearing
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- ✓ Order of Detention
- __ Order to file IPTC Statements
- ✓ Bindover Order  Grand Jury
- __ Order Appointing Counsel
- __ Other: _____

**CHANGE OF PLEA**

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
  __ Ordered    __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

**EXPEDITED RESOLUTION**

__ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:    __ Yes    __ No<br>Defendant informed of right to appeal:    __ Yes    __ No<br>Counsel informed of obligation to file appeal: __ Yes   __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |
| **CASE TO BE:** Referred to Grand Jury | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** B. Glass |