UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC JOSEPH TERRELL,

    Defendant.
_____/

Case No. 1:25-CR-036

Hon. Robert J. Jonker

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

**I.     DISCOVERY**

A.     Statements of Defendants

    1.     Oral Statements [Rule 16(a)(1)(A)]

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).
☒ There are the following records of oral statements:
March 5, 2025 statement to law enforcement (recorded and summarized in a report)
the substance of which
☒ has been disclosed to defense counsel
☐ will be disclosed to defense counsel

    2.     Written or Recorded Statements [Rule 16(a)(1)(B)]

☐ There are no written or recorded statements or grand jury testimony of defendant.
☒ There are the following written or recorded statements or grand jury testimony:
See above
All written or recorded statements
☒ have been disclosed to defense counsel
☐ will be disclosed to defense counsel

B.     Defendant's Prior Record [Rule 16(a)(1)(D)]

☐ The government has made due inquiry and is not aware of any prior criminal records.
☒ The government has disclosed defendant's prior criminal history.
☐ The government is now making inquiry into defendant's prior criminal history.
The results will be disclosed to defense counsel upon receipt.

C.  Documents and Tangible Objects [Rule 16(a)(1)(E)]

☐ The government has no documents, tangible objects, or physical evidence required to be disclosed.
☒ The government has the following documents, tangible objects, and physical evidence:
  ☐ Controlled Substances:
  ☐ Drug Paraphernalia:
  ☒ Records: Discord records, phone records
  ☐ Drug Records:
  ☐ Firearms:
  ☐ Inventory (attached)
  ☐ Other:

☐ The government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  ☐ State –
  ☒ Federal – 1:25-mj-101 (Discord) and 1:25-mj-119 (Residence)
☒ Defense counsel should make arrangements with AUSA VerHey to review CSAM material.

D.  Reports of Examinations and Tests [Rule 16(a)(1)(F)]

☐ The government has no reports of examinations or tests required to be disclosed by Rule 16.
☒ The government has or expects to have reports of the following examinations and tests:

  ☐ Drug Analysis    ☐ Handwriting      ☐ Fingerprints
  ☐ DNA              ☐ Firearms/Nexus   ☐ Gun Operability
  ☐ Computer Forensics                  ☒ Other: computer forensics

E.  Reciprocal Discovery

☒ The government seeks reciprocal discovery.

F.  Notice Under FRE 404(b)

☐ The government does not presently intend to introduce 404(b) evidence.
☒ The government does presently intend to introduce the following 404(b) evidence:  The defendant possessed CSAM materials pertaining to other minors. This will be offered as intent and lack of mistake or accident evidence.
☐ The government will provide pretrial notice of 404(b) evidence

G.  Other Discovery Matters:

**II.    TRIAL**

      A.      The government requests a ☒ jury ☐ non-jury trial.
      B.      Length of trial excluding jury selection is estimated at three days

### III. **MISCELLANEOUS**

☐    This case may be appropriate for expedited resolution.

☒    The government is unaware at this time of any known conflict with defendant's representation by counsel.  The United States will immediately advise counsel if any such conflict becomes known.

☐    The government is aware of the following potential conflict(s):

☒    Government's plea negotiation policy: All plea negotiations must be concluded two weeks prior to the date of the final pretrial conference if the defendant wants the government t to support a reduction under USSG § 3E1.1.

Date:  3/20/25                                                  *Timothy VerHey*
                                                                  Assistant United States Attorney